912

No. 898. WHITE ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Charles K. Rice* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 903. BERNARD FOOD INDUSTRIES, INC. v. DIETENE Co. C. A. 7th Cir. Certiorari denied. *Leonard Rose* for petitioner. *Richard N. Flint* for respondent.

No. 906. BLUM v. TENTH DISTRICT COMMITTEE OF THE VIRGINIA STATE BAR. Sup. Ct. App. Va. Certiorari denied. *Robert H. Reiter* for petitioner.

No. 909. HOLAHAN v. REYNOLDS, TRUSTEE IN BANK-RUPTCY. C. A. 5th Cir. Certiorari denied. *Blake G. Arata* for petitioner. *Herbert W. Christenberry, Jr.,* for respondent.

No. 910. STONE v. NORTH DAKOTA ET AL. Sup. Ct. N. D. Certiorari denied. *John P. Dosland* for petitioner. *Helgi Johanneson,* Attorney General of North Dakota, and *John E. Adams,* Assistant Attorney General, for respondents.

No. 935. RIVERSIDE PRESS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Fritz Lanham Lyne* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Elliott Moore* for respondent. *Eugene Cotton* and *Richard F. Watt* for Local 267, Dallas-Fort Worth Lithographers & Photoengravers International Union, AFL–CIO, intervenor below.